UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                       :     Case no.:      _____
                                                             :
                                                             :     Chapter:       _____
                                                             :
         Debtor(s)                                           :     Judge:         _____
_____:

**CERTIFICATION OF NO OBJECTION**

I hereby certify that there have been no objection~~s~~ filed relative to the following Notice of :

❏     Abandonment

❏     Public Sale

❏     Private Sale

❏     Settlement of Controversy

❏     Auctioneer Compensation

Description of Property (if applicable):




Date: _____                            JAMES J. WALDRON, Clerk


*Last revised: 1/14/10*